# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 8/14/2026 |
| Case: 1−24−43203−ess | Form ID: 770 | Total: 15 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| cr | JJAM Capital LLC |
| aty | Winthrop Golubow Hollander LLP |

TOTAL: 2

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |
| aty | J Ted Donovan | Tdonovan@gwfglaw.com |
| aty | John D Giampolo | jgiampolo@sh−law.com |
| aty | Kevin J Nash | knash@gwfglaw.com |
| aty | Mark A. Frankel | mfrankel@bfklaw.com |
| aty | Paul A Rubin | prubin@rubinlawllc.com |
| aty | Ravi Vohra | rvohra@gwfglaw.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | Etienne Estates at Washington LLC 301 Washington Avenue AB Brooklyn, NY 11205 |
| aty | Goldberg Weprin Finkel Goldstein LLP 125 Park Avenue, 12,th Floor New York, NY 10017 |
| r | Northgate Real Estate Group 1633 Broadway 46th Floor New York, NY 10019 |
| intp | Johanna Francis 301 Washington Avenue Brooklyn, NY 11205 |
| aty | Goldberg Weprin Finkel Goldstein LLP 125 Park Avenue, 12th Floor New York, NY 10017 |
| aty | Kevin Nash Goldberg Weprin Finkel Goldstein LLP 125 PArkAvenue Flr 12 New York, NY 10017 |

TOTAL: 6